UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


JDS Technologies, Inc.,

                    Plaintiff(s),

v.                                          Case No. 2:15–cv–10387–AC–EAS
                                            Hon. Avern Cohn

Exacq Technologies, Inc.,

                    Defendant(s),

_____


### NOTICE TO APPEAR

   You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 225, Detroit, Michigan, for the following proceeding(s):

   • MISCELLANEOUS HEARING:  August 12, 2015 at 10:00 AM


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/M. Verlinde_____
                                  Acting in the absence of Sakne Chami

Dated:   July 7, 2015