UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JDS TECHNOLOGIES, INC.,** a Michigan corporation,<br><br>       Plaintiff,<br>v.<br><br>**EXACQ TECHNOLOGIES, INC.,** an Indiana corporation,<br><br>       Defendant. | Case No. 2:15-cv-10387-AC-EAS<br>Hon. Avern Cohn<br>Magistrate Judge Elizabeth A. Stafford |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the below stipulation of the parties,

**IT IS HEREBY ORDERED** that all claims brought between plaintiff JDS Technologies, Inc. and defendant Exacq Technologies, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 9, 2018                            s/Avern Cohn
                                                           HON. AVERN COHN
                                                           U.S. District Court Judge

**SO STIPULATED:**

| | |
|---|---|
| **BROOKS KUSHMAN P.C.** | **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP** |
| By: /s/ Marc Lorelli | By: /s/ Rob Addy with Consent |
| Mark A. Cantor (P32661) | Mark L. Levine |
| Marc Lorelli (P63156) | 54 West Hubbard Street, Suite 300 |
| Jonathan Nikkila (P75666) | Chicago, Illinois 60654 |
| Todd W. Dishman (P77652) | Tel: (312) 494-4400 |
| 1000 Town Center, | Fax: (312) 494-4440 |
| Twenty-Second Floor | mark.levine@bartlit-beck.com |
| Southfield, Michigan 48075 | |
| Tel: (248) 358-4400 | Sean C. Grimsley |
| Fax: (248) 358-3351 | Sundeep K. (Rob) Addy |
| mcantor@brookskushman.com | Nosson D. Knobloch |
| mlorelli@brookskushman.com | 1801 Wewatta Street, Suite 1200 |
| jnikkila@brookskushman.com | Denver, Colorado 80202 |
| tdishman@brookskushman.com | Tel: (303) 592-3100 |
| | Fax: (303) 592-3140 |
| *Attorneys for Plaintiff* | sean.grimsley@bartlit-beck.com |
| | rob.addy@bartlit-beck.com |
| | nosson.knobloch@bartlit-beck.com |
| | |
| | Steven Susser (P52940) |
| | Carlson, Gaskey, Olds P.C. |
| | 400 W. Maple Road, Suite 350 |
| | Birmingham, Michigan 48009 |
| | Tel (248) 988-8360 |
| | Fax: (248) 988-8363 |
| | ssusser@cgolaw.com |
| | |
| | *Attorneys for Defendant Exacq Technologies, Inc.* |